UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLADIMIR PEREZ FOMBONA,<br><br>Petitioner,<br><br>v.<br><br>PAMELA BONDI, *et al.*,<br><br>Respondents, | Case No. 1:26-cv-1315-DAD-JDP<br><br>ORDER |

On February 20, 2026, the court converted petitioner's motion for a temporary restraining order to a motion for a preliminary injunction and granted it. ECF No. 10. The court ordered petitioner's immediate release and referred the matter to me for further proceedings. *Id.*

If additional briefing is needed to decide the merits, within seven days of the date of this order, respondents may file an answer. If respondents file an answer, petitioner may file a traverse within seven days. If respondents do not file an answer by this deadline, the matter will be deemed submitted.

1

Accordingly, it is hereby ORDERED that if additional briefing is needed, respondents may file an answer within seven days of the date of this order.  If respondents file an answer, petitioner may file a traverse within seven days.  If respondents do not file an answer by this deadline, the matter will be deemed submitted.

IT IS SO ORDERED.


Dated:    February 27, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE