UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLADIMIR PEREZ FOMBONA,<br><br>Petitioner,<br><br>v.<br><br>PAMELA BONDI, et al.,<br><br>Respondents. | Case No.  1:26-cv-01315-DAD-JDP<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING PETITION FOR WRIT OF HABEAS CORPUS |

Petitioner Bladimir Perez Fombona, an immigration detainee, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636 (b)(1)(B) and Local Rule 302.

On April 15, 2026, the magistrate judge issued findings and recommendations recommending that the petition for writ of habeas corpus be granted. (Doc. No. 12.)  The findings and recommendations were served on all parties and contained notice to all parties that any objections to the findings and recommendations were to be filed within seven days.  On April 21, 2026, respondents filed their objections to the pending findings and recommendations.  (Doc. No. 13.)  Respondents state that they object to the pending findings and recommendations for the same reasons that they previously opposed the granting of preliminary injunctive relief in this action.  (*Id.* at 1.)  This objection does not provide a basis upon which to reject the pending findings and recommendations.  Respondents also request that the court add language to the

1

proposed injunctive relief to permit re-detention in the event of petitioner receiving a final order of removal and that petitioner received notice of that order. (*Id.* at 1–2.) Because respondents only argue that this language should be included based on the possibility of some future event occurring, the court finds that it is premature to include. *Singh v. Chestnut*, No. 1:26-cv-01867-DAD-CSK, 2026 WL 1697065, at *1 (E.D. Cal. June 11, 2026).

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

For the reasons above,

1.  The findings and recommendations issued on April 15, 2026 (Doc. No. 12) are ADOPTED IN FULL;

2.  The petition for writ of habeas corpus (Doc. No. 1) is GRANTED;

3.  The preliminary injunctive relief previously granted (Doc. No. 10) is made permanent; and

4.  The Clerk of Court is ordered to enter judgment in favor of petitioner and close this case.

IT IS SO ORDERED.

Dated:   **June 14, 2026**

_____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE

2